FILED

05 OCT 27 PM 3: 12

R... ... ... ...ING
CLERK. U.S DISTRICT COURT
...RTHERN D... RICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CR 3-05-70844 JL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: ~~CR-03-70379 MAG~~ |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| SCOTT THOMAS McALPIN, | ) | |
| Defendant. | ) | |

Good cause appearing, the stipulated motion for a continuance is granted and the detention hearing scheduled for 9:30 a.m. on October 31, 2005, before Chief Magistrate Larson will be held at 9:30 a.m. on November 1, 2005, before Magistrate Chen.

It is so ORDERED.

Dated: 10/27/05

Magistrate Judge Nandor Vadas

ORDER                                         1