```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff
```

**FILED**

NOV X 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT THOMAS MCALPIN,<br><br>　　　　Defendant. | No. CR 3 05 70844 JL<br><br>**NOTICE OF DISMISSAL** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the complaint filed herein.

DATED: November 1, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
MICHAEL LI-MING WANG
Chief, Major Crimes Division

**NOTICE OF DISMISSAL**
CR 3 05 70844 JL

## ORDER

Leave of Court is granted to the government to dismiss the complaint without prejudice and the Court hereby orders that the complaint filed in this matter is dismissed without prejudice. The defendant is hereby ordered released from the custody of the United States Marshal's Office.

DATED: 11/1/05

EDWARD M. CHEN
United States Magistrate Judge

COPIES MAILED TO
PARTIES OF RECORD

NOTICE OF DISMISSAL
CR 3 05 70844 JL                               2